JS-6

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE T. EVANS<br>    Plaintiff,<br><br>v.<br><br>ALLIED COLLECTION SERVICES,<br>INC. SPRINT CORPORATION<br>ET…AL, DOES 1-100, inclusive<br><br>    Defendants. | Case Number: cv-17-04491 BRO(MRWx)<br><br>Hon. Beverly Reid O'Connell<br><br>[PROPOSED] ORDER UPON MOTION TO DISMISS, WITH PREJUDICE |

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that Plaintiff Wayne T. Evans' claims against Defendants Allied Collection Services, Inc &Sprint Corporation is dismissed <u>with prejudice</u>. Each party shall bear its own attorneys' fees and costs incurred herein.

The Parties' motion is GRANTED

IT IS SO ORDERED

Dated: July 3, 2017

*[signature]*

Honorable Judge of the
U. S. District Court
Hon. Beverly Reid O'Connell

1